IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Shelley Ann Cannon, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:20-cv-01695-TLW |
| | ) | |
| v. | ) | |
| | ) | |
| Kilolo Kijakazi, | ) | **ORDER** |
| Acting Commissioner of Social | ) | |
| Security | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case was remanded from the United States Court of Appeals for the Fourth Circuit on February 22, 2023. This Court has carefully reviewed the detailed analysis, both factual and legal, set forth in the decision by the Fourth Circuit. The decision states "we reverse the Commissioner's decision and remand with instructions to grant disability benefits." ECF No. 36.

Therefore, the Defendant-Respondent Commissioner of Social Security Administration is directed to grant disability benefits to the Plaintiff-Appellant Shelley Ann Cannon.

**IT IS SO ORDERED**.

_s/ Terry L. Wooten_
Terry L. Wooten
Senior United States District Judge

May 2, 2023
Columbia, South Carolina